# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERDINAND RIVERA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OWTEL WIRELESS INC., and DOES 1-10, inclusive,<br><br>Defendant. | Case No. 2:18-cv-6493-PSG<br><br>[PROPOSED] ORDER<br>"Mandatory Chamber Copies" |

E-FILED JAN 14 2019 Document #

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the putative Class, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this 14th day of January, 2019.

_____
The Honorable Phillip S. Gutierrez